UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN CONOVER,

    Plaintiff,

v.                                           CASE NO. 3:17cv246-MCR-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 20, 2018. ECF No. 12. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **AFFIRMED** and plaintiff's application for Disability Insurance Benefits is **DENIED**.

3. The clerk is directed to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** this 23rd day of May 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**